

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 4 2018

JAMES N. HATTEN, Clerk
By:

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

(1) EXCELLENT SOLUTIONS BPO,
(2) ADN INFOTECH PVT. LTD.,
(3) INFOACE BPO SOLUTIONS PVT. LTD.,
(4) ADORE INFOSOURCE INC.,
(5) ZURIK BPO SERVICES PVT. LTD.,
(6) SHYLESH KUMAR SHARMA,
(7) DILIPKUMAR KODWANI,
(8) RADHISHRAJ NATARAJAN,
(9) SHUBHAM SHARMA,
(10) NIRAV JANAKBHAI PANCHAL,
(11) ATHAR PARVEZ MANSURI,
(12) MOHMMAD SAMIR MEMON,
(13) MOHAMED KAZIM MOMIN,
(14) PALAK KUMAR PATEL,
(15) MOHMED SOZAB MOMIN,
(16) RODRIGO LEON-CASTILLO,
(17) DEVIN BRADFORD POPE,
(18) NICHOLAS ALEXANDER DEANE,
(19) DRUE KYLE RIGGINS, AND
(20) JANTZ PARRISH MILLER

CRIMINAL INDICTMENT

No. **1:18-CR-0352**

THE GRAND JURY CHARGES THAT:

### COUNT ONE
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 1349)

1. Beginning on a date unknown, but at least in or about 2013, and continuing through May 2018, in the Northern District of Georgia and elsewhere, the defendants, EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT.

LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD., SHYLESH KUMAR SHARMA, DILIPKUMAR KODWANI, RADHISHRAJ NATARAJAN, SHUBHAM SHARMA, NIRAV JANAKBHAI PANCHAL, ATHAR PARVEZ MANSURI, MOHMMAD SAMIR MEMON, MOHAMED KAZIM MOMIN, PALAK KUMAR PATEL, MOHMED SOZAB MOMIN, RODRIGO LEON-CASTILLO, DEVIN BRADFORD POPE, NICHOLAS ALEXANDER DEANE, DRUE KYLE RIGGINS, AND JANTZ PARRISH MILLER, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and other persons, both known and unknown to the Grand Jury, to devise and intend to devise a scheme and artifice to defraud, and to obtain money and property, by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, well knowing and having reason to know that said pretenses were and would be false and fraudulent when made and caused to made and that said omissions were and would be material, and, in so doing, caused interstate and foreign wire communications to be made, in furtherance of the scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

## Purpose of the Conspiracy

2.     The purpose of the conspiracy was for defendants and their co-conspirators to unjustly enrich themselves and others by fraudulently inducing U.S.-based victims to pay to the defendants and their co-conspirators alleged fines and fees and by concealing and disguising the proceeds of the co-conspirators' unlawful activities.

## Manner and Means of the Conspiracy

3. The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

4. It was part of the conspiracy that the defendants and their co-conspirators operated call centers primarily in and around Ahmedabad, Gujarat, India. Defendants and their co-conspirators engaged in a scheme involving extorting money from victims in the United States oftentimes purporting to be U.S. government officials, including employees, officers, and agents of the Internal Revenue Service (IRS) who would threaten to arrest victims that did not pay alleged tax debts.

5. It was also part of the conspiracy that the defendants and their co-conspirators engaged in a scheme to defraud U.S.-based victims by misleading them to believe that the callers were loan officers or associated with lending institutions and the victims were eligible for fictitious "payday loans." Payday loans are small, short-term, unsecured loan in which repayment is linked to a borrower's next paycheck or regular income payment. The India-based callers directed the victims to pay upfront fees to demonstrate their ability to repay the loan. The victims received nothing in return.

6. It was part of the conspiracy that the defendants and their co-conspirators engaged in a scheme to defraud U.S.-based victims by misleading them to believe that they were eligible for fictitious government grants. Callers directed victims to pay upfront IRS taxes or processing fees. The victims received nothing in return.

7. It was further part of the conspiracy that the defendants and their co-conspirators instructed victims to go to banks or ATMs to withdraw money, use

this money to purchase prepaid stored value cards from retail stores, and then provide the unique serial number of the prepaid stored value cards to purported government officials and employees of payday loan or grant companies.

8. It was further part of the conspiracy that the India-based defendants and their co-conspirators directed victims to wire scammed funds to money service businesses, such as MoneyGram and Western Union, to the attention of fictitious names and U.S.-based defendants and their co-conspirators. U.S.-based defendants and their co-conspirators then retrieved the money, sometimes using false identification in the fictitious names, and subsequently deposited the victim scammed funds into U.S. bank accounts of individuals and businesses.

9. To execute the scheme, defendants EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT. LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD., SHYLESH KUMAR SHARMA, DILIPKUMAR KODWANI, RADHISHRAJ NATARAJAN, SHUBHAM SHARMA, NIRAV JANAKBHAI PANCHAL, ATHAR PARVEZ MANSURI, AND MOHMMAD SAMIR MEMON, together with other individuals known and unknown to the Grand Jury, contacted victims located across the U.S. by telephone using "Lead Lists," which contained the personally identifiable information (PII) of potential victims. These "Lead Lists" were shared among co-conspirators.

10. Defendants EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT. LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD., SHYLESH KUMAR SHARMA, DILIPKUMAR KODWANI, RADHISHRAJ NATARAJAN, SHUBHAM SHARMA, NIRAV JANAKBHAI PANCHAL, ATHAR PARVEZ

MANSURI, AND MOHMMAD SAMIR MEMON, together with other individuals known and unknown to the Grand Jury, also used IRS impersonation scam and payday loan scam voicemail messages designed to be left on victims' voicemails to entice a call back. These IRS impersonation voicemails routinely threatened the victim with an "enforcement action" if they did not immediately return the call. Examples of these emails are outlined in the chart below:

| Date | Sender's Email | Voicemail Type |
|---|---|---|
| 8/24/16 | Zurik203@gmail.com (ZURIK BPO SERVICES PVT. LTD.) | IRS |
| 9/23/16 | Adninfotech9@gmail.com (ADN INFOTECH PVT. LTD.) | IRS |
| 3/30/17 | Shubhamsharma8866@gmail.com (ADORE INFOSOURCE INC.) | IRS |
| 11/14/17 | excellentsolutionsbpo@gmail.com (EXCELLENT SOLUTIONS BPO) | Payday |
| 11/28/17 | Infoacesolutions.usa@gmail.com (INFOACE BPO SOLUTIONS PVT. LTD.) | Payday |

11. Upon receipt of a "Lead List," defendants EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT. LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD., SHYLESH KUMAR SHARMA, DILIPKUMAR KODWANI, RADHISHRAJ NATARAJAN, SHUBHAM SHARMA, NIRAV JANAKBHAI PANCHAL, ATHAR PARVEZ MANSURI, AND MOHMMAD SAMIR MEMON, together with other individuals known and unknown to the Grand Jury, used multiple IRS impersonation call scripts and payday loan scripts outlining what to say to each victim that was contacted. The information outlined on the IRS impersonation call scripts included fraudulent IRS employees' names, Internal

Revenue Code sections, and victim rebuttal scenarios.  Below is a table of examples of how call centers EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT. LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD. sent IRS impersonation and payday loan scripts to co-conspirators:

| Date | Sender's Email | Script Type |
| --- | --- | --- |
| 9/30/16 | Zurik203@gmail.com (ZURIK BPO SERVICES PVT. LTD.) | IRS |
| 3/1/17 | Shubhamsharma8866@gmail.com (ADORE INFOSOURCE INC.) | IRS |
| 5/28/17 | Infoacesolutions.usa@gmail.com (INFOACE BPO SOLUTIONS PVT. LTD.) | IRS |
| 8/8/17 | excellentsolutionsbpo@gmail.com (EXCELLENT SOLUTIONS BPO) | Payday |
| 4/6/18 | Adninfotech9@gmail.com (ADN INFOTECH PVT. LTD.) | IRS |

12. Once the victims transmitted the money electronically, U.S.-based defendants MOHAMED KAZIM MOMIN, PALAK KUMAR PATEL, MOHMED SOZAB MOMIN, RODRIGO LEON-CASTILLO, DEVIN BRADFORD POPE, NICHOLAS ALEXANDER DEANE, DRUE KYLE RIGGINS, AND JANTZ PARRISH MILLER, and others known and unknown to the Grand Jury, retrieved the fraud proceeds from various MoneyGram or Western Union, locations in Georgia and elsewhere, using authentic and fraudulent personal identification documents bearing their photograph, name, and/or address of record.  The above-mentioned individuals would pick up the fraud proceeds at the direction of local area and international "Managers," who were in direct contact with their Indian-based call center co-conspirators.

13. After picking up many of the MoneyGram and Western Union wire

payments, defendants MOHAMED KAZIM MOMIN, PALAK KUMAR PATEL, MOHMED SOZAB MOMIN, RODRIGO LEON-CASTILLO, DEVIN BRADFORD POPE, NICHOLAS ALEXANDER DEANE, DRUE KYLE RIGGINS, AND JANTZ PARRISH MILLER, and other co-conspirators known and unknown by the Grand Jury, deposited the funds into designated bank accounts. These payments resulted in interstate and foreign wire transmissions.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH TWENTY-SIX
### Wire Fraud
### (18 U.S.C. § 1343)

14. The Grand Jury realleges and incorporates herein by reference paragraphs 2 through 13 of Indictment as though fully set forth herein.

15. On or about each of the dates set forth below in Column B, in the Northern District of Georgia and elsewhere, the defendants, EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT. LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD., SHYLESH KUMAR SHARMA, DILIPKUMAR KODWANI, RADHISHRAJ NATARAJAN, SHUBHAM SHARMA, NIRAV JANAKBHAI PANCHAL, ATHAR PARVEZ MANSURI, MOHMMAD SAMIR MEMON, MOHAMED KAZIM MOMIN, PALAK KUMAR PATEL, MOHMED SOZAB MOMIN, RODRIGO LEON-CASTILLO, DEVIN BRADFORD POPE, NICHOLAS ALEXANDER DEANE, DRUE KYLE RIGGINS, AND JANTZ PARRISH MILLER, aided and abetted by each other and others known and unknown to the Grand Jury, with the intent to defraud, knowingly devised and intended to devise a scheme and artifice to

7

defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and by omission of material facts, well knowing and having reason to know that said pretenses were and would be false and fraudulent when made and caused to made and that said omissions were and would be material, and, in so doing, caused to be transmitted by means of wire communication in interstate and foreign commerce the signals and sounds described below in Column C and Column D for each count and associated with the victims identified in Column E:

| A | B | C | D | E |
|---|---|---|---|---|
| COUNT | DATE | DESCRIPTION OF WIRE | AMOUNT | VICTIM |
| 2 | 6/4/15 | Electronic money transfer from Newnan, Georgia to Texas | $500.00 | C.W. |
| 3 | 6/4/15 | Electronic money transfer from Newnan, Georgia to Texas | $311.50 | C.W. |
| 4 | 6/19/15 | Electronic money transfer from Marietta, Georgia to Texas | $500.00 | M.W. |
| 5 | 8/13/15 | Electronic money transfer from Decatur, GA to New Jersey | $454.00 | D.W. |
| 6 | 8/22/15 | Electronic money transfer from Marietta, GA to Massachusetts | $207.00 | M.T. |
| 7 | 8/26/15 | Electronic money transfer from Winder, GA to Nevada | $198.00 | R.A. |
| 8 | 8/27/15 | Electronic money transfer from Lawrenceville, GA to Nevada | $360.00 | R.A. |
| 9 | 8/28/15 | Electronic money transfer from Kennesaw, GA to Massachusetts | $176.00 | M.T. |
| 10 | 9/1/15 | Electronic money transfer from Griffin, GA to Nevada | $250.00 | V.A. |
| 11 | 9/3/15 | Electronic money transfer from Decatur, GA to New Jersey | $240.00 | M.G. |
| 12 | 9/10/15 | Electronic money transfer from Marietta, GA to Nevada | $250.00 | C.M. |
| 13 | 9/14/15 | Electronic money transfer from Indiana to Lilburn, Georgia | $2530.00 | L.B. |

| A | B | C | D | E |
|---|---|---|---|---|
| COUNT | DATE | DESCRIPTION OF WIRE | AMOUNT | VICTIM |
| 14 | 9/18/15 | Electronic money transfer from New Jersey to Atlanta, Georgia | $1,960.00 | B.M. |
| 15 | 9/29/15 | Electronic money transfer from California to Chamblee, Georgia | $1589.00 | F.G. |
| 16 | 10/7/15 | Electronic money transfer from Florida to Atlanta, Georgia | $2,000.00 | D.W. |
| 17 | 10/19/15 | Electronic money transfer from Ohio to Chamblee, Georgia | $2,637.00 | J.H. |
| 18 | 10/26/15 | Electronic money transfer from Colorado to Atlanta, Georgia | $300.00 | C.M. |
| 19 | 10/26/15 | Electronic money transfer from New York to Atlanta, Georgia | $2,000.00 | C.C. |
| 20 | 10/27/15 | Electronic money transfer from New York to Marietta, GA | $650.00 | S.P. |
| 21 | 10/29/15 | Electronic money transfer from Oregon to Decatur, GA | $605.00 | D.B. |
| 22 | 12/2/15 | Electronic money transfer from New York to Atlanta, Georgia | $1,000.00 | D.F. |
| 23 | 1/8/16 | Electronic money transfer from Virginia to Decatur, Georgia | $1460.93 | B.G. |
| 24 | 2/12/16 | Electronic money transfer from Indiana to Stone Mountain, Georgia | $800.00 | M.W. |
| 25 | 9/30/16 | Electronic money transfer from Griffin, GA to New Hampshire | $940.00 | C.B. |

| A | B | C | D | E |
|---|---|---|---|---|
| COUNT | DATE | DESCRIPTION OF WIRE | AMOUNT | VICTIM |
| 26 | 10/4/16 | Electronic money transfer from Griffin, GA to Massachusetts | $940.00 | C.B. |

All in violation of Title 18, United States Code, Section 1343 and Section 2.

## COUNT TWENTY-SEVEN
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956)

16. The Grand Jury realleges and incorporates herein by reference paragraphs 2 through 13 of Indictment as though fully set forth herein.

17. Beginning on a date unknown, but at least in or about August 2013, and continuing through May 2018, defendants EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT. LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD., SHYLESH KUMAR SHARMA, DILIPKUMAR KODWANI, RADHISHRAJ NATARAJAN, SHUBHAM SHARMA, NIRAV JANAKBHAI PANCHAL, ATHAR PARVEZ MANSURI, MOHMMAD SAMIR MEMON, MOHAMED KAZIM MOMIN, PALAK KUMAR PATEL, MOHMED SOZAB MOMIN, RODRIGO LEON-CASTILLO, DEVIN BRADFORD POPE, NICHOLAS ALEXANDER DEANE, DRUE KYLE RIGGINS, AND JANTZ PARRISH MILLER, did knowingly combine, conspire, agree, and have a tacit understanding with each other and others, both known and unknown to the Grand Jury, to conduct and attempt to conduct financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to commit wire fraud, in violation of Title

18, United States Code, Section 1349, knowing that the financial transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and while conducting and attempting to conduct such financial transactions, the defendants knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE PROVISION

18. The allegations contained in Counts One through Twenty-Seven of this Indictment are hereby re-alleged and incorporated by reference as is fully set forth herein for the purpose of alleging forfeiture.

19. Upon conviction for one or more of offenses alleged in Counts One through Twenty-Six of this Indictment, defendants EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT. LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD., SHYLESH KUMAR SHARMA, DILIPKUMAR KODWANI, RADHISHRAJ NATARAJAN, SHUBHAM SHARMA, NIRAV JANAKBHAI PANCHAL, ATHAR PARVEZ MANSURI, MOHMMAD SAMIR MEMON, MOHAMED KAZIM MOMIN, PALAK KUMAR PATEL, MOHMED SOZAB MOMIN, RODRIGO LEON-CASTILLO, DEVIN BRADFORD POPE, NICHOLAS ALEXANDER DEANE, DRUE KYLE RIGGINS, AND JANTZ PARRISH MILLER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code,

Section 2641(c), all property that constitutes or is derived, directly or indirectly, from gross proceeds traceable to said violations.

20. Additionally, upon conviction of the offense alleged in Count Twenty-Seven of this indictment, defendants EXCELLENT SOLUTIONS BPO, ADN INFOTECH PVT. LTD., INFOACE BPO SOLUTIONS PVT. LTD., ADORE INFOSOURCE INC., ZURIK BPO SERVICES PVT. LTD., SHYLESH KUMAR SHARMA, DILIPKUMAR KODWANI, RADHISHRAJ NATARAJAN, SHUBHAM SHARMA, NIRAV JANAKBHAI PANCHAL, ATHAR PARVEZ MANSURI, MOHMMAD SAMIR MEMON, MOHAMED KAZIM MOMIN, PALAK KUMAR PATEL, MOHMED SOZAB MOMIN, RODRIGO LEON-CASTILLO, DEVIN BRADFORD POPE, NICHOLAS ALEXANDER DEANE, DRUE KYLE RIGGINS, AND JANTZ PARRISH MILLER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 982(a)(1); and Title 28, United States Code, Section 2461, all property, real and personal, involved in such offenses, and all property traceable to such property.

21. If, as a result of any act or omission of the defendants, any property subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 18, United States Code, Section

982(b), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A ___True___ BILL

___/s/___
FOREPERSON

BYUNG J. PAK
  *United States Attorney*

___/s/___
JEFFREY A. BROWN
  ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 088131

___/s/___ for
JOLEE PORTER
  ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 462455

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181